(91 South. 925)

HAMMONS v. STATE. (7 Div. 745.) (Court of Appeals of Alabama. Jan. 31, 1922.) Appeal from Circuit Court, Talladega County; A. P. Agee, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed for failure to file transcript.

(88 South. 924)

HAMPTON v. CORONA COAL CO. (6 Div. 788). (Court of Appeals of Alabama. Dec. 7, 1920.) Appeal from Circuit Court, Walker County; J. L. Sowell, Judge. W. C. Davis, of Jasper, for appellant. A. F. Fite, of Jasper, for appellee.

PER CURIAM. Appeal dismissed on motion of appellant.

(90 South. 927)

HARBOUR v. STATE. (7 Div. 735.) (Court of Appeals of Alabama. June 14, 1921.) Appeal from Circuit Court, Calhoun County; A. P. Agee, Judge. P. F. Wharton, of Anniston, for appellant. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. No bill of exceptions, and no error of record. Affirmed.

(92 South. 924)

HARDY v. STATE. (1 Div. 440.) (Court of Appeals of Alabama. April 11, 1922.) Appeal from Circuit Court, Mobile County; Claud A. Grayson, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

(93 South. 925)

HARPER v. STATE. (6 Div. 69.) (Court of Appeals of Alabama. June 20, 1922.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed.

(88 South. 924)

HARRELL v. EAST. (7 Div. 685.) (Court of Appeals of Alabama. Jan. 18, 1921.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge. Knox, Acker, Dixon & Sterne, of Anniston, for appellee.

BRICKEN, P. J. Affirmed on certificate.

(92 South. 925)

HARRIS v. LINDSAY MILL CO. (1 Div. 456.) (Court of Appeals of Alabama. April 11, 1922.) Appeal from Circuit Court, Monroe County; John D. Leigh, Judge. Barnett, Bugg & Lee, of Monroeville, for appellee.

BRICKEN, P. J. Affirmed on certificate.

(88 South. 924)

HARRIS v. STATE. (6 Div. 748.) (Court of Appeals of Alabama. Dec. 14, 1920.) Appeal from Circuit Court, Jefferson County;

H. P. Heflin, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of Attorney General.

(91 South. 925)

HARRIS v. STATE (6 Div. 897.) (Court of Appeals of Alabama. Oct. 14, 1921.) Appeal from Circuit Court, Jefferson County; W. B. Jones, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

(88 South. 924)

HAYGOOD et al. v. WILSON. (3 Div. 384.) (Court of Appeals of Alabama. May 17, 1921.) Appeal from Circuit Court, Autauga County; B. K. McMorris, Judge. Gipson & Booth, of Prattville, for appellee.

SAMFORD, J. Affirmed on certificate.

(88 South. 924)

HAYGOOD et al. v. WILSON. (3 Div. 385.) (Court of Appeals of Alabama. May 17, 1921.) Appeal from Circuit Court, Autauga County; B. K. McMorris, Judge. Gipson & Booth, of Prattville, for appellee.

MERRITT, J. Affirmed on certificate.

(88 South. 924)

HAYGOOD et al. v. WILSON. (3 Div. 386.) (Court of Appeals of Alabama. May 17, 1921.) Appeal from Circuit Court, Autauga County; B. K. McMorris, Judge. Gipson & Booth, of Prattville, for appellee.

BRICKEN, P. J. Affirmed on certificate.

(88 South. 924)

HEDGECOTH v. STATE. (8 Div. 718.) (Court of Appeals of Alabama. Feb. 8, 1921.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. J. Q. Smith, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed on motion of Attorney General.

(90 South. 927)

HICKS et al. v. SHERRILL. (8 Div. 828.) (Court of Appeals of Alabama. April 12, 1921.) Appeal from Circuit Court, Franklin County; C. P. Almon, Judge. J. Foy Guin, of Russellville, for appellee.

MERRITT, J. Affirmed on certificate.

(88 South. 924)

HINES, Director General, v. THORNTON. (4 Div. 689.) (Court of Appeals of Alabama. April 19, 1921.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge. G. L. Comer & Son, of Eufaula, for appellant. Chauncey Sparks, of Eufaula, for appellee.

PER CURIAM. Appeal dismissed on motion of appellee.